## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Natalie Lager,<br><br>                    Plaintiff,<br><br>v.<br><br>Andrew Saul<br>Commissioner of Social Security,<br><br>                    Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 2:20-cv-00180-DB-DBP<br><br>District Judge Dee Benson<br><br>Chief Magistrate Judge Dustin B. Pead |

This is an administrative appeal to review a decision of the Commissioner of Social Security denying Plaintiff's claim for benefits. (ECF No. 4.) On November 3, 2020, Plaintiff filed a Motion for Summary Judgment. (ECF No. 31.) Local Rule 7-4 provides the following:

> (1) In all cases in which a plaintiff files a complaint or petition seeking judicial review of an administrative agency's decision under an "arbitrary and capricious" or "substantial evidence" standard of review, the following pleadings are not appropriate and must not be filed with the court:
>
> (A) an answer to the complaint;
>
> (B) a motion for judgment on the pleadings;
>
> (C) a motion for summary judgment; or
>
> (D) a motion to affirm or reverse the agency's decision.

DUCivR 7-4. Plaintiff's pleading fails to comply with this rule. Accordingly, it is DENIED.

Plaintiff's counsel is directed to follow the Local Rules and file the appropriate pleading.

DATED this 9 November 2020.

_____
Dustin B. Pead
United States Magistrate Judge